UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

    Plaintiff,

v.

    Case No. 1:25-cv-100

    Hon. Hala Y. Jarbou

SKOPOS FINANCIAL LLC,

    Defendant.
_____/

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendant has not been served. This notice serves to inform Plaintiff that the action shall be dismissed without prejudice as to Defendant unless Plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m). Pursuant to Fed. R. Civ. P. 4(l), proof of service is required to be filed unless service is waived. If proof of service is not timely filed, the action shall be dismissed without prejudice.

Dated:   April 1, 2025                    /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         CHIEF UNITED STATES DISTRICT JUDGE