UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

        Plaintiff,                              Case No. 1:25–cv–00100–HYJ–PJG

v.                                             Hon. Hala Y. Jarbou

SKOPOS FINANCIAL LLC,

        Defendant.
_____/

### ORDER

       The Court having reviewed Plaintiff's Motion for Extension of Time for Defendant Skopos Financial, LLC D/B/A Reprise Financial to Respond to Plaintiff's Complaint (ECF No. 6), **IT IS ORDERED** that Plaintiff's motion is **HELD IN ABEYANCE** pending compliance with the Court's April 1, 2025, Notice of Impending Dismissal (ECF No. 5).

       IT IS SO ORDERED.

Dated:  April 3, 2025                                         /s/ Hala Y. Jarbou
                                                               HALA Y. JARBOU
                                                               Chief United States District Judge