UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

    Plaintiff,

v.

    Case No. 1:25-cv-100

    Hon. Hala Y. Jarbou

SKOPOS FINANCIAL LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On May 2, 2025, Defendant moved for an order dismissing the proceedings in this case pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 11.) Plaintiff has neither responded to the motion nor sought an extension of the deadline for response, which has now passed.

Accordingly,

**IT IS ORDERED** that Plaintiff shall **SHOW CAUSE** no later than **June 20, 2025**, why Defendant's motion should not be granted and the case dismissed. Failure to respond as required may result in dismissal of the case for lack of prosecution.

Dated: June 6, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE