UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

    Plaintiff,

v.

SKOPOS FINANCIAL LLC,

    Defendant.
_____/

Case No. 1:25-cv-100

Hon. Hala Y. Jarbou

## ORDER

The Court ordered Plaintiff to show cause for failing to respond to Defendant's motion to dismiss. In response to that order, Plaintiff filed a response to the motion to dismiss a few minutes after the Court's show cause deadline. Plaintiff's attorney explains that he suffered a "debilitating medical condition" that rendered him incapable of filing a timely response to the motion to dismiss. (Pl.'s Resp. 1, ECF No. 20.) In the interest of resolving the case on the merits rather than dismissing it for procedural reasons, the Court will accept the late response (ECF No. 21) and deems it timely. However, the Court expects counsel to carefully comply with future deadlines and orders of the Court. A few minutes late is still late. Failure to comply may result in sanctions, including fines and/or dismissal of the case. Accordingly,

**IT IS ORDERED** that the Court's show cause order (ECF No. 18) is **VACATED**.

**IT IS FURTHER ORDERED** that Defendant may file a reply to the response within 14 days of this order.

**IT IS FURTHER ORDERED** that Plaintiff's counsel, who has a history of including colorful business logos in his legal filings, and who continues to use large purple lettering to

identify his firm in briefs filed with the Court, is directed to refrain from using color fonts or logos to identify his firm in future filings with this Court.

Dated: June 24, 2025                                             /s/ Hala Y. Jarbou
                                                                         HALA Y. JARBOU
                                                                         CHIEF UNITED STATES DISTRICT JUDGE