# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv00100-HYJ | 7/7/2025 | 1:15 -1:17 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Coddington v. Skopos Financial LLC |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
|  | Plaintiff |
| Charles Dunham Biles | Defendant |

## PROCEEDINGS

| **NATURE OF HEARING:** |
|---|
| Date and time set for Rule 16 Scheduling Conference via Zoom; Plaintiff's Counsel did not appear; order to show cause to issue. |

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema