UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

SARAE CODDINGTON,

    Plaintiff,

v.

SKOPOS FINANCIAL LLC,

    Defendants,

_____/

Hon. Hala Y. Jarbou

Case No. 1:25-cv-0100-HYJ-PJG

**<u>ORDER</u>**

On June 2, 2025, the Court issued an Order setting a Rule 16 scheduling conference for July 7, 2025, at 1:00 p.m. by video, before the undersigned. (ECF No. 16).

On July 7, 2025, at 1:00 p.m., the date and time of the hearing, Counsel Charles Dunham Biles appeared on behalf of the Defendant. The Court emailed Mr. Perrone's office asking if he would be logging onto the zoom link. The Court delayed the hearing until 1:15 p.m. for Plaintiff, at which time the hearing began without Plaintiff or a representative present. Accordingly,

**IT IS ORDERED** that Jacob Perrone, counsel for Plaintiff, shall **SHOW CAUSE** in writing no later than July 14, 2025, why he should not be held in civil contempt, or otherwise sanctioned, for his failure to appear as ordered by the Court.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference is hereby **RESCHEDULED** to July 17, 2025, at 1:00 p.m. by zoom before the undersigned. A separate filing will issue with the new video conference information.

**IT IS SO ORDERED**.

Date: July 7, 2025                          /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge