# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-00100-HYJ | 7/17/2025 | 1:17- 1:19 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Coddington v. Skopos Financial LLC |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
|  | Plaintiff |
| Charles Dunham Biles | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Date and Time set for Show Cause and Rule 16 Scheduling Conference via Zoom, Plaintiff's counsel did not appear.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema