UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Sarae Coddington,

    Plaintiff,

v.

Skopos Financial LLC,

    Defendant.

_____/

Hon. Hala Y. Jarbou

Case No. 1:25-cv-0100-HYJ-PJG

**CERTIFICATION OF CIVIL CONTEMPT AND ORDER TO SHOW CAUSE**

In accordance with 28 U.S.C. § 636(e)(6), and based upon the certified factual findings in the undersigned judicial officer's Report and Recommendation of this date (ECF No. 29).

**IT IS ORDERED** that Plaintiff's counsel, Jacob Perrone, shall appear before the Honorable Hala Y. Jarbou, at 128 Federal Building, 315 West Allegan Street, Lansing, Michigan, on August 4, at 1:30 PM to **SHOW CAUSE** why he should not be held in civil contempt for the following:

1. Failing to appear in Court on July 7, 2025, for a Rule 16 scheduling conference (Minutes, ECF No. 24);

2. Violating the Court's July 7, 2025, order requiring Mr. Perrone to show cause why he should not be held in contempt of court or otherwise sanctioned for his failure to appear at the July 7 scheduling conference (ECF No. 25); and

3. Failing to appear in Court on July 17, 2025, for a Rule 16 scheduling conference (Minutes, ECF No. 28).

**IT IS FURTHER ORDERED** that Mr. Perrone shall **SHOW CAUSE** why the Court should not award costs to Defendant pursuant to Federal Rule of Civil Procedure 37(b)(2)(C).

**IT IS SO ORDERED.**

Date: July 18, 2025                                        /s/ Phillip J. Green
                                                                             PHILLIP J. GREEN
                                                                             United States Magistrate Judge