UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARMEL MOSES SKINNER,

    Defendant.
_____/

Case No. 1:25-cr-90

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Assistant Federal Public Defender Helen C. Nieuwenhuis's Motion for Leave to Withdraw as Counsel,

**IT IS ORDERED** that the motion (ECF No. 25) is **GRANTED**. The Federal Defender shall appoint replacement counsel.

Dated: July 25, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE