UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

    Plaintiff,

v.

    Case No. 1:25-cv-100

    Hon. Hala Y. Jarbou

SKOPOS FINANCIAL LLC,

    Defendant.
_____/

## **ORDER**

The Court having reviewed Defendant's Agreed Motion to Allow Its Counsel to Appear by Zoom for the Show Cause Hearing Set for August 4, 2025, at 1:30 p.m. (ECF No. 31),

**IT IS ORDERED** that Defendant's motion (ECF No. 31) is **GRANTED**. Defendant's counsel may appear via Zoom. Plaintiff's counsel shall appear **in-person** at the Show Cause Hearing set for Monday, August 4, 2025, at 1:30 p.m. before the undersigned at 128 Federal Building, Lansing, MI.

Dated: July 25, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE