UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

SARAE CODDINGTON,

    Plaintiff,

v.

SKOPOS FINANCIAL LLC,

    Defendant.

_____/

CASE NO. 1:25-cv-100
DATE: 8/4/2025
TIME: 1:46 PM – 1:57 PM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):

DEFENDANT(S):
Charles Dunham Biles (via Zoom)

**PROCEEDINGS**

NATURE OF HEARING:
Show Cause Hearing held; Plaintiff's Counsel Jacob Perrone failed to appear; order to issue.

COURT REPORTER:   Genevieve Hamlin          /s/ A. Seymore
                                                                                      CASE MANAGER