UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

    Plaintiff,

v.

    Case No. 1:25-cv-100

    Hon. Hala Y. Jarbou

SKOPOS FINANCIAL LLC,

    Defendant.
_____/

## ORDER

On July 18, 2025, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Court impose sanctions against Plaintiff's Counsel Jacob Perrone and award Defendant costs pursuant to Fed. R. Civ. P. 37(b)(2)(C) (ECF No. 29). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on August 1, 2025. On August 4, 2025, the Court held a show cause hearing on the record. Mr. Perrone failed to appear for the hearing. For the reasons stated on the record, the Court finds "by clear and convincing evidence that [Mr. Perrone] 'violated a definite and specific order of the court requiring [him] to perform . . . a particular act or acts with knowledge of the court's order.'" *Rolex Watch U.S.A., Inc. v. Crowley*, 74 F.3d 716, 720 (6th Cir. 1996) (quoting *N.L.R.B. v. Cincinnati Bronze, Inc.*, 829 F.2d 585, 590 (6th Cir. 1987)). Therefore, the Court finds Mr. Perrone in civil contempt of Court under Fed. R. Civ. P. 37(b)(2)(A)(vii).

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 29) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that, pursuant to Rule 37(b)(2)(C), costs are awarded in the amount of $800.00, payable to Defendant's Counsel by **August 18, 2025**, for his attendance at the following hearings:

1. The July 7, 2025, scheduling conference before Magistrate Judge Green in which Mr. Perrone failed to appear (Minutes, ECF No. 24);

2. The July 17, 2025, scheduling conference before Magistrate Judge Green in which Mr. Perrone failed to appear (Minutes, ECF No. 284); and

3. The August 4, 2025, show cause hearing before the undersigned in which Mr. Perrone failed to appear.

**IT IS FURTHER ORDERED** that Mr. Perrone shall complete 25 hours of professional responsibility CLE and electronically file verification of completion by **October 3, 2025**.

**IT IS FURTHER ORDERED** that Mr. Perrone shall pay a fine in the amount of $500.00, payable to the Clerk of Court, by **August 18, 2025**.

**IT IS FURTHER ORDERED** that, should Mr. Perrone fail to comply with this order, he shall **SHOW CAUSE** as to why he should not be barred from practicing in this district.

Dated: August 4, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE