UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAE CODDINGTON, § § § | |
| Plaintiff, § § | |
| v. § § | Case No: 1-25-CV-00100-HYJ |
| SKOPOS FINANCIAL, LLC d/b/a § REPRISE FINANCIAL, § § § | |
| Defendant. § | |

THE PARTIES HEREIN HAVING STIPULATED to the entry of an Order of Dismissal with prejudice and without the award of costs or attorney fees to either party.

IT IS HEREBY STIPULATED THAT this matter be dismissed with prejudice and without the award of costs or attorney fees to either party.

**PERRONE LAW PLLC**

By:  /s/Jacob A. Perrone
     Jacob A. Perrone (P71915)
     PERRONE LAW PLLC
     325 East Grand River Ave, Suite 250
     East Lansing, Michigan 48823
     (517) 719-4657 – Telephone
     Jacob.perrone@yahoo.com

**ATTORNEYS FOR PLAINTIFF
SARAE CODDINGTON**

**BILES WILSON, PLLC**

By:  /s/CDB w/p JP
     C. Dunham Biles
     Texas Bar No. 24042407
     Biles Wilson, PLLC
     457 Laurence Drive, Suite 195

        Heath, Texas 75032
        (972) 345-2626 – Telephone
        Dunham@bileswilson.com

        **ATTORNEYS FOR DEFENDANT**
        **SKOPOS FINANCIAL, LLC d/b/a**
        **REPRISE FINANCIAL**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on August 22, 2025, the foregoing was submitted *via* the Court's CM/ECF Case Management Electronic Case Filing System which automatically served on all counsel of record in this matter.

        /s/Jacob A. Perrone

| | |
|---|---|
| **SARAE CODDINGTON,** § § | |
| **Plaintiff,** § § | |
| v. § | **Case No: 1-25-CV-00100-HYJ** |
| § | |
| **SKOPOS FINANCIAL, LLC d/b/a** § **REPRISE FINANCIAL,** § § | |
| **Defendant.** § § | |

## ORDER TO DISMISS

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without the award of costs of attorney fees to either party.

_____
**HALA Y. JARBOU CHIEF UNITED STATES DISTRICT JUDGE**