UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAE CODDINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>SKOPOS FINANCIAL, LLC d/b/a<br>REPRISE FINANCIAL,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   Case No: 1:25-cv-00100-HYJ<br>§<br>§<br>§<br>§<br>§<br>§ |

THE PARTIES HEREIN HAVING STIPULATED to the entry of an Order of Dismissal with prejudice and without the award of costs or attorney fees to either party.

IT IS HEREBY STIPULATED THAT this matter be dismissed with prejudice and without the award of costs or attorney fees to either party.

PERRONE LAW PLLC

By:   /s/Jacob A. Perrone_____
       Jacob A. Perrone (P71915)
       PERRONE LAW PLLC
       325 East Grand River Ave, Suite 250
       East Lansing, Michigan 48823
       (517) 719-4657 – Telephone
       Jacob.perrone@yahoo.com

       **ATTORNEYS FOR PLAINTIFF
       SARAE CODDINGTON**

**BILES WILSON, PLLC**

By:   /s/CDB w/p JP_____
       C. Dunham Biles
       Texas Bar No. 24042407
       Biles Wilson, PLLC
       457 Laurence Drive, Suite 195

Heath, Texas 75032  
(972) 345-2626 – Telephone  
Dunham@bileswilson.com  

**ATTORNEYS FOR DEFENDANT**  
**SKOPOS FINANCIAL, LLC d/b/a**  
**REPRISE FINANCIAL**

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, the foregoing was submitted *via* the Court's CM/ECF Case Management Electronic Case Filing System which automatically served on all counsel of record in this matter.

/s/Jacob A. Perrone

| | |
|---|---|
| SARAE CODDINGTON, | § |
| | § |
|   Plaintiff, | § |
| | § |
| v. | §   Case No: 1:25-cv-00100-HYJ |
| | § |
| SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL, | § |
| | § |
|   Defendant. | § |

## ORDER TO DISMISS

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without the award of costs of attorney fees to either party.

Dated: August 25, 2025

/s/ Hala Y. Jarbou
**HALA Y. JARBOU**
**CHIEF UNITED STATES DISTRICT JUDGE**