# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| **SARAE CODDINGTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No: 1-25-CV-100-HYJ** |
| | § | |
| **SKOPOS FINANCIAL,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## ORDER ON MOTION FOR EXTENSION OF TIME FOR ATTORNEY JACOB A PERRONE TO COMPLETE CLE REQUIREMENTS

Pending before the Court is Jacob A. Perrone's ("Plaintiff's Counsel") Motion for Extension of Time for Attorney Jacob A. Perrone to Complete CLE Requirements (ECF No. 41).

Having considered the motion and applicable law, and good cause appearing therefore, the Court determines that the foregoing motion should be granted.

Accordingly,

**IT IS ORDERED** that Mr. Perrone shall complete 25 hours of professional responsibility CLE and electronically file verification of completion by **November 3, 2025**.

**IT IS FURTHER ORDERED** that, should Mr. Perrone fail to comply with this order, he shall **SHOW CAUSE** as to why he should not be barred from practicing in this district.

Date: October 2, 2025

/s/ Hala Y. Jarbou

HALA Y. JARBOU
Chief United States District Judge