UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAE CODDINGTON,

    Plaintiff,

v.

SKOPOS FINANCIAL LLC,

    Defendant.
_____/

Case No. 1:25-cv-100

Hon. Hala Y. Jarbou

## ORDER

On August 4, 2025, the Court issued an order directing Plaintiff's Counsel Jacob Perrone to complete 25 hours of professional responsibility CLE and electronically file verification of completion by October 3, 2025. (ECF No. 37.) Mr. Perrone later filed a motion for an extension of time until November 3, 2025, to file the verification, which was granted. (ECF Nos. 41, 42.) Mr. Perrone timely filed his CLE verification. (ECF No. 43.) Upon review, there is one duplicate certificate of completion (*id.*, PageID.234, 235) resulting in verification for completion of only 24 hours of professional responsibility CLE.

Accordingly,

**IT IS ORDERED** that Mr. Perrone shall complete one (1) hour of professional responsibility CLE and electronically file verification of completion by **November 13, 2025**.

Dated: November 6, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE