# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION OF MICHIGAN
### *Southern Division*

**SARAE CODDINGTON,**

                Plaintiff,               Case No.: 1:25-cv-00100

vs.                               Hon. ***HALA Y. JARBOU***

**SKOPOS FINANCIAL,** a Delaware corporation
                Defendant.

_____/

| **DRAGON LAWYERS PC ©** | **BILES WILSON** |
|---|---|
| Jacob A. Perrone (MI Bar No. P71915) | C. Dunham Biles (TX Bar No. 24042407.) |
| Attorneys for Plaintiff | Attorneys for *Defendant* |
| 325 East Grand River Ave., Suite 250 | 457 Lawrence Drive, Suite 195 |
| East Lansing, MI 48823 | Heath, Texas 75032 |
| Phone: (517) 719-4657 | Phone: (972) 345-2626 |
| jacob.perrone@yahoo.com | dunham@bileswilson.com |

_____/

## PLAINTIFF'S FIRST AMENDED
## VERIFIED STATEMENT RE CLE COMPLETIONS

_____/

    **NOW COMES** Plaintiff's attorney, *Jacob Alan Perrone, Esq.*, and for this Plaintiff's

*First Amended Verified Statement RE CLE Completions* states as follows:

    1.    Jacob A. Perrone attended 27 hours of Continuing Legal Education in the area of Professional Responsibility as verified by the attached certificates. (*25 one hour courses*) & (*1 two hour course*) *

    *I DECLARE UNDER PENALTIES OF PERJURY TIIAT THIS VERIFIED STATEMENT HAS BEEN EXAMINED BY ME AND THAT ITS CONTENTS ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.*

*Attorney indicates that he completed the 25 hours prior to November 3, 2025, however the certificates got mixed up. Certificate that was supposed to be included and an additional class I took in response to the Order are attached as **Exhibit A** hereto and incorporated herein by reference. Thank you for your understanding.

Respectfully submitted by,

By: /s/ *Jacob Alan Perrone, Esq.*
Jacob A. Perrone (P71915)
Attorney for *Plaintiff*
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 719-4657
jacob.perrone@yahoo.com

# EXHIBIT A
# New Certificates



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Veterans and Post-Traumatic Stress Disorder: Representing Veterans with PTSD**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| October 23, 2025 | On Demand | 61 Minutes | Thomas Kniffen |

Course completed on **November 1, 2025 11:48pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Missouri, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Vermont, West Virginia, Wisconsin

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

_____        _____
**ATTENDEE SIGNATURE**                **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Statutory Fee Shifting: Ethical, Procedural, and Practical Considerations**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| June 24, 2025 | On Demand | 63 Minutes | Lindsay H. Tasher and Samuel L. Tasher |

Course completed on **November 9, 2025 11:45pm EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____          P71915          _____
ATTENDEE SIGNATURE                              ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# EXHIBIT B
# Remaining
# Certificates



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**A Deep Dive Into Legal Malpractice With Ethical Considerations**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| March 28, 2025 | On Demand | 60 Minutes | Jeffrey Cunningham |

Course completed on **November 1, 2025 4:06pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Kentucky, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, Utah, Vermont, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____     P71915     _____

ATTENDEE SIGNATURE                          ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570

Lawline

228 Park Ave S, PMB 81742

New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**AI Machina, Esq.: Practical Tools, Risks, and Ethical Rules**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| June 23, 2025 | On Demand | 63 Minutes | Jeffrey Allen and Ashley Hallene |

Course completed on **October 31, 2025 3:34pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Kentucky, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____     P71915
ATTENDEE SIGNATURE                           _____
                                                              ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

_____
David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Avoiding Misconduct in the Heat of Trial**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| August 26, 2025 | On Demand | 63 Minutes | Alanna Clair, Michael S. LeBoff, and Ronald C. Minkoff |

Course completed on **November 2, 2025 11:59pm EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    P71915 _____
ATTENDEE SIGNATURE                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

## Bullying in the Legal Profession

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| February 13, 2025 | On Demand | 62 Minutes | Stephanie Scharf and Roberta Liebenberg |

Course completed on **October 31, 2025 5:46pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Vermont, Virginia, Washington, West Virginia, Wisconsin

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____                P71915    _____
ATTENDEE SIGNATURE                       ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Civility in Matrimonial and Family Law Disputes**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| March 18, 2025 | On Demand | 63 Minutes | Kelly Frawley, Fara Rodriguez, and Alan Feigenbaum |

Course completed on **October 31, 2025 8:11am EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Washington, West Virginia

.

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____          P71915  _____
ATTENDEE SIGNATURE                                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Communicating with Vulnerable Clients: A Practical Ethics Guide**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| October 16, 2025 | On Demand | 65 Minutes | Eric Gang |

Course completed on **November 2, 2025 10:45am EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Connecticut, Georgia, Hawaii, Illinois, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Texas, Vermont, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

ATTENDEE SIGNATURE                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570

Lawline

228 Park Ave S, PMB 81742

New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Ethical Considerations for the Solo Practitioner or Small Law Office (Update)**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| August 18, 2025 | On Demand | 65 Minutes | Cliff Ennico |

Course completed on **October 31, 2025 11:31am EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Mississippi, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Oregon, Pennsylvania, Tennessee, Texas, Vermont, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    P71915 _____
ATTENDEE SIGNATURE                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Ethical Essentials for Lawyers: Managing Client Relations, Complaints, and Communication**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| November 4, 2024 | On Demand | 61 Minutes | Anastasia Tramontozzi |

Course completed on **October 31, 2025 3:17am EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Tennessee, Texas, Texas, Vermont, Virginia, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

_____          _____
ATTENDEE SIGNATURE                                          ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



## Certificate of Completion

Congratulations, Jacob Perrone

PROGRAM TITLE

**Ethical Marketing for Lawyers**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| November 7, 2024 | On Demand | 128 Minutes | John Zaher and Brad Swezey |

Course completed on **November 1, 2025 2:53pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Nevada, New Hampshire, New Jersey, New Mexico, New York, Pennsylvania, Tennessee, Texas, Vermont, Virginia, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____          P71915          _____
ATTENDEE SIGNATURE                              ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.



David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



## Certificate of Completion

Congratulations, Jacob Perrone

PROGRAM TITLE

**Ethics 101: Maintaining an Ethical Practice**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| March 27, 2025 | On Demand | 64 Minutes | Joseph Corsmeier |

Course completed on **October 31, 2025 7:42pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Kentucky, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, Utah, Vermont, Virginia, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    P71915 _____
ATTENDEE SIGNATURE                ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.



David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

## Ethics and Well-Being: Solutions Oriented Discussion

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| September 26, 2025 | On Demand | 61 Minutes | Paula Zwiren and Doni Glatt |

Course completed on **November 2, 2025 7:53pm EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, West Virginia, Wisconsin

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

_____   _____
ATTENDEE SIGNATURE          ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Ethics Lessons from Suits**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| February 3, 2025 | On Demand | 60 Minutes | Brent Turman |

Course completed on **October 31, 2025 4:32am EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Kentucky, Minnesota, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, Vermont, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____
(hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

_____    _____
ATTENDEE SIGNATURE    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Keeping Up with Ethics in a Mobile, Digitized World-Working Remotely, Data Breaches, Conflicts and More**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| June 24, 2025 | On Demand | 61 Minutes | James B. Kobak Jr. |

Course completed on **November 2, 2025 1:00pm EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Virginia, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915
_____          _____
ATTENDEE SIGNATURE                       ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

PROGRAM TITLE

**Managing Ethical Risks: Due Diligence and "Dirty Money" in Legal Practice**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| November 26, 2024 | On Demand | 62 Minutes | Bryan Skarlatos and Ian M. Comisky |

Course completed on **October 31, 2025 9:15pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Minnesota, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Vermont, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____     P71915 _____

ATTENDEE SIGNATURE                     ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Online Sports Gambling and Lawyers: A "Secret" Addiction No More**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
| --- | --- | --- | --- |
| August 11, 2025 | On Demand | 63 Minutes | Brian S. Quinn |

Course completed on **November 1, 2025 9:17pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Vermont, West Virginia, Wisconsin

.

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____   P71915 _____
**ATTENDEE SIGNATURE**                **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



## Certificate of Completion

Congratulations, Jacob Perrone

PROGRAM TITLE

**The Ethics, Management, and Prevention of Bullying & Other Bad Behavior in the Legal Profession**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| December 17, 2024 | On Demand | 61 Minutes | Trisha Rich |

Course completed on **October 31, 2025 2:13am EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Minnesota, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Vermont, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    P71915    _____
ATTENDEE SIGNATURE                                        ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**The Ethics of Dealing with Clients: Confidentiality, Fee Agreements, Getting Paid, and Ending the Relationship**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| September 26, 2025 | On Demand | 61 Minutes | Jeanne Huey |

Course completed on **November 2, 2025 4:18pm EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

_____                    _____
ATTENDEE SIGNATURE                                              ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**The Ethics of Errors**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| March 6, 2025 | On Demand | 62 Minutes | Tracy Kepler |

Course completed on **October 31, 2025 6:04am EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Vermont, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    P71915 _____
ATTENDEE SIGNATURE                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

### Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**The Ethics of Inclusion: Developing the Words, Actions, and Achievements to Change Yourself and Your Practice (2025 Update)**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| September 22, 2025 | On Demand | 60 Minutes | Tom Vincent |

Course completed on **November 1, 2025 6:46pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Georgia, Hawaii, Illinois, Indiana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915

_____          _____
ATTENDEE SIGNATURE                                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**There's a Reporter on the Line: Ten Tips to Ethically Maximize a Media Phone Interview**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| March 13, 2025 | On Demand | 62 Minutes | Janet Falk and Craig Dobson |

Course completed on **October 31, 2025 11:13pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Kentucky, New Hampshire, New Jersey, New Mexico, New York, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    P71915 _____
ATTENDEE SIGNATURE          ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



## Certificate of Completion

Congratulations, Jacob Perrone

PROGRAM TITLE

**Tips to Connect at Bar Association Meetings and Conferences**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| April 23, 2025 | On Demand | 60 Minutes | Janet Falk and Carol A. Sigmond |

Course completed on **November 3, 2025 1:07am EST**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Connecticut, Georgia, Hawaii, Illinois, Indiana, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Texas, Vermont, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____   P71915   _____

ATTENDEE SIGNATURE                 ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570

Lawline

228 Park Ave S, PMB 81742

New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Walking the Line: Professionalism, Ethics, and Limits of Zealous Advocacy (Update)**

| **PRODUCTION DATE** | **DELIVERY METHOD** | **DURATION** | **LECTURERS** |
|---|---|---|---|
| March 28, 2025 | On Demand | 61 Minutes | Matthew Blaisdell |

Course completed on **October 31, 2025 2:40pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Illinois, Indiana, Kentucky, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, Utah, Vermont, Virginia, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

P71915
_____          _____
ATTENDEE SIGNATURE                              ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Lawline

## Certificate of Completion

Congratulations, Jacob Perrone

**PROGRAM TITLE**

**Your Law Firm's Social Media Sentinel**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| April 2, 2025 | On Demand | 62 Minutes | Jeffrey Cunningham |

Course completed on **November 1, 2025 10:34pm EDT**

You have opted to self apply for CLE approval in Michigan

**This course has been approved for CLE credit in the following states:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Tennessee, Texas, Utah, Vermont, Washington, West Virginia

**Please complete the following section if submitting for CLE credit:**

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.

☐ These sessions I am claiming had written materials to cover the subject.

☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.

☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____   P71915 _____
ATTENDEE SIGNATURE                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(218) 278-3570

Lawline

228 Park Ave S, PMB 81742

New York, NY 10003-1502